JENNIFER CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
APR 0 7 2022
Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES SCOTT CLARK, Defendant. | CR 22- 19 -M- DLC<br><br>INDICTMENT<br><br>PROHIBITED PERSON IN POSSESSION OF FIREARMS AND AMMUNITION<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about July 24, 2020, at Kalispell, in Flathead County, in the State and District of Montana, the defendant, JAMES SCOTT CLARK, knowing he had

been convicted on or about May 14, 2001, and March 28, 2002, of crimes punishable by a term of imprisonment exceeding one year under the laws of the State of California, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, JAMES SCOTT CLARK, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney