IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES SCOTT CLARK,<br><br>Defendant. | CR 22–19–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss Indictment with Prejudice. (Doc. 30.) The motion states that counsel for the United States has confirmed that Defendant James Scott Clark is deceased. (*Id.* at 1.) Mr. Clark's counsel does not oppose. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 30) is GRANTED. The indictment in this case is DISMISSED WITH PREJUDICE.

DATED this 14th day of September, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1